# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 04-10095-WGY |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Wilbur S. Stakes, Jr. | Subpeona |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Keeper of Records   Brentwood Capital Corporation /Charles Spinelli

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**   25 Deforest Avenue, Suite 108, Summit, NJ 07901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christopher Alberto
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please deliver subpoena IN HAND.

NOTE: SAME LOCATION. TRY TO GET SPINELLI HIMSELF, IF NOT, IN HAND TO SECRETARY. CALL P+J CANNON 617-543-5260 (ext) IF ANY ?s. 617-748-3302 (...)

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 617-748-3311   DATE:

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 50 | Signature of Authorized USMS Deputy or Clerk | Date 4/6/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): X Rose Detroso

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 4/12/2005   Time: 12:45 pm

Signature of U.S. Marshal or Deputy: Dep. A. Reid

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

REMARKS: FWD to USMS New Jersey - 4/6/05

4/12/2005 Service Complete.

---

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

# United States District Court
## District of
## New Jersey

| United States of America | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | Criminal Action No. 04-10095-WGY** |
| Wilbur S. Stakes, Jr. | ** 18 USC§3613(a) The Victim/Witness Protection Act of 1982 authorizes civil subpoenas to enforce criminal restitution orders. |

To: Charles Spinelli c/o Brentwood Capital Corp
    25 Deforest Ave., Suite 108, Summit, NJ 07901

YOU ARE COMMANDED to appear at the place, date and time specified below to testify at the taking of a deposition in the above case.

| Place of deposition: | Date and time: |
|---|---|
| U.S. Attorney's Office, 970 Broad St., Newark, NJ 07102-2506 | 10:00 a.m. Wednesday June 15, 2005 |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure, 30(b)(6).

YOU ARE COMMANDED to produce the documents or objects listed in Attachment A at the place, date and time specified below:

| Place: | Date and time: |
|---|---|
| U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 | 10:30 a.m., Monday May 2, 2005 |

| ISSUING OFFICER SIGNATURE & TITLE: | DATE: |
|---|---|
| Christopher Alberto, Assistant U.S. Attorney U.S. Attorney's Office, 1 Courthouse Way Boston, MA 02210 (617)748-3100 | 4/06, 2005 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on page 2)

O 89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 4/12/2005 | Martin Luther King Bld. 50 Walnut St, Room 2007 Newark, N.J. 07102 |
| SERVED | 4/12/2005 | 25 DeForest Ave. Summit, N.J. 07901 |

SERVED ON (PRINT NAME): Rose Betros

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES  ☒ NO  AMOUNT $ _____

SERVED BY (PRINT NAME): Anthony Reid

TITLE: CI Deputy US Marshal

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  4/12/2005
Date

Signature of Server

50 Walnut Street Room 2007
Newark, N.J. 07102
Address of Server

ADDITIONAL INFORMATION

# United States District Court
## District of
## New Jersey

United States of America

V.

Wilbur S. Stakes, Jr.

**SUBPOENA IN A CIVIL CASE**

Criminal Action No. 04-10095-WGY**

** 18 USC§3613(a) The Victim/Witness Protection Act of 1982 authorizes civil subpoenas to enforce criminal restitution orders.

To: KEEPER OF RECORDS
Brentwood Capital Corp
25 Deforest Ave., Suite 108, Summit, NJ 07901

YOU ARE COMMANDED to produce the documents or objects listed in Attachment A at the place, date and time specified below:

| Place: | Date and time: |
|---|---|
| U.S. Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 | 10:00 a.m., Monday May 2, 2005 |

| ISSUING OFFICER SIGNATURE & TITLE: | DATE: |
|---|---|
| Christopher Alberto, Assistant U.S. Attorney U.S. Attorney's Office, 1 Courthouse Way Boston, MA 02210 (617)748-3100 | 4/6, 2005 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on page 2)

Page 1 of 2

AO 88 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 4/12/2005 | Martin Luther King Court House 50 Walnut St. Newark, N.J. 07102 Room 2009 |
| SERVED | 4/12/2005 | 25 DeForest Ave. Summit, N.J. 07901 |

SERVED ON (PRINT NAME): Rosa Betros

FEES AND MILEAGE TENDERED TO WITNESS
☐ YES  ☑ NO  AMOUNT $ _____

SERVED BY (PRINT NAME): Anthony Reid

TITLE: CI Deputy US Marshal

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  4/12/2005
Date

Signature of Server

Address of Server: Martin Luther King Blv. Courthouse
50 Walnut Street
Newark, N.J. 07102  Room 2009

ADDITIONAL INFORMATION